# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 JUL 29 PM 1:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                           DEPUTY

MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals.

vs

HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive.

**SUMMONS IN A CIVIL ACTION**

Case No. 10cv1530-LAB-NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James R. Robertson (SBN 204923)
MCCOY, TURNAGE & ROBERTSON, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California 92123

An answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    29 JUL 2010
CLERK                                                      DATE
E. SILVAS
(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)