# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

MONTY N. CAZIER, for himself and
on behalf of all similarly situated
individuals.

vs

HD SUPPLY, INC., a corporation;
and DOES 1 through 50, inclusive.

FILED
10 JUL 29 PM 3:47
CLERK U.S. DISTRICT COURT

**SUMMONS IN A CIVIL ACTION**

Case No.

10CV1530 - LAB ( NLS )

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James R. Robertson (SBN 204923)
MCCOY, TURNAGE & ROBERTSON, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California 92123

An answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

Y. BARAJAS

By _____, Deputy Clerk

7/29/2010
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)