JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
ADRIANO HRVATIN (CA SBN 220909)
AHrvatin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
HD SUPPLY, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   10 CV 1530 LAB NLS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: July 22, 2010 |

1  Pursuant to Southern District Local Civil Rules 7.2 and 12.1, plaintiff Monty N. Cazier and defendant HD Supply, Inc., through their respective attorneys, hereby stipulate, agree and jointly move the Court for an order providing that the time by which defendant may answer or otherwise respond to the complaint filed in the above-captioned action be extended to and include October 11, 2010.

Good cause supports the parties' stipulation and joint motion. Plaintiff in this putative Fair Credit Reporting Act class action concurrently filed in this court another putative class action, *Cazier v. LexisNexis Screening Solutions Inc.*, No. 10-1531 MMA JMA, asserting Fair Credit Reporting Act claims arising out of the same employment application process as is implicated here. Plaintiff is represented in each of the two cases by the same counsel. All of the defendants in the two cases are represented by the same counsel. Coordination of the scheduling in these matters will preserve the time and resources of the parties and the Court. Plaintiff and the defendants in each of the matters agree that defendants' time to answer or otherwise respond to the respective complaints should be extended to October 11, 2010.

For the foregoing reasons, the parties respectfully request that the time for defendant to answer or otherwise respond to the complaint be extended to and include October 11, 2010.

Dated: September 10, 2010                    MORRISON & FOERSTER LLP


By:  s/ James F. McCabe
     James F. McCabe
     Email: JMcCabe@mofo.com

     Attorneys for Defendant
     LEXISNEXIS SCREENING
     SOLUTIONS, INC.

STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 10 CV 1530 LAB NLS
sf-2893555

2

1 | Dated: September 10, 2010					MCCOY, TURNAGE & ROBERTSON, LLP

							By:  s/ James R. Robertson
								James R. Robertson
								Email: jrr@mtrlaw.com

								Attorneys for Plaintiff
								MONTY N. CAZIER

# CERTIFICATE OF SERVICE

I certify that on this 10th day of September 2010, I electronically filed the foregoing Stipulation and Joint Motion to Extend Time to Respond to Complaint with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

James R. Robertson, Esq.
McCoy, Turnage & Robertson, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California  92123

Attorneys for Plaintiff Monty N. Cazier

s/ James F. McCabe<br>James F. McCabe