1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11

MONTY N. CAZIER, for himself and on behalf
of all similarly situated individuals,

Case No.     10 CV 1530 LAB NLS

12

13

Plaintiffs,

**ORDER GRANTING JOINT
MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

14

v.

15

HD SUPPLY, INC., a corporation; and DOES 1
through 50, inclusive,

16

Defendants.

Complaint Filed:  July 22, 2010

17

18

    For good cause shown, the parties' joint motion for an extension of time for Defendant

19

HD, Supply, Inc. to respond to the complaint is **GRANTED**.  Defendant shall respond to the

20

complaint by **October 12, 2010**.

21

    **IT IS SO ORDERED**.

22

23

Dated:  September 15, 2010

_____

Hon. Larry Alan Burns
United States District Judge

24

25

26

27

28