1 | JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
2 | ADRIANO HRVATIN (CA SBN 220909)
AHrvatin@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendant
HD SUPPLY, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.   10 CV 1530 LAB NLS<br><br>**CLASS ACTION**<br><br>**DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Complaint Filed: July 22, 2010 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Southern District Local Civil Rule 40.2, HD Supply Maintenance Facilities, Ltd. ("HD Supply"), erroneously sued in this matter as "HD Supply, Inc.," states that: (i) the general partner of HD Supply is HD Supply Facilities Maintenance Group, Inc., whose direct parent company is HD Supply Holdings, LLC; and (ii) no publicly-held corporation owns 10% or more of HD Supply stock.

Dated: September 22, 2010                         MORRISON & FOERSTER LLP

                                            By:  s/ James F. McCabe
                                                 James F. McCabe
                                                 Email: JMcCabe@mofo.com

                                                 Attorneys for Defendant
                                                 HD SUPPLY, INC.

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of September 2010, I electronically filed the foregoing Disclosure Statement and Notice of Party with Financial Interest with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

>James R. Robertson, Esq.
>McCoy, Turnage & Robertson, LLP
>5469 Kearny Villa Road, Suite 206
>San Diego, California  92123
>
>Attorneys for Plaintiff Monty N. Cazier

s/ James F. McCabe<br>James F. McCabe