1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  ADRIANO HRVATIN (CA SBN 220909)
   AHrvatin@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   HD SUPPLY, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals, | Case No.   10 CV 1530 LAB NLS |
12 | | |
   | Plaintiffs, | **CLASS ACTION** |
13 | | |
   | v. | |
14 | | **STIPULATION AND JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |
   | HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive, | |
15 | | |
16 | Defendants. | |
17 | | Complaint Filed: July 22, 2010 |

1    Pursuant to Southern District Local Civil Rules 7.2 and 12.1, plaintiff Monty N. Cazier and defendant HD Supply Maintenance Facilities, Ltd., erroneously sued in this matter as "HD Supply, Inc.," through their respective attorneys, hereby stipulate, agree and jointly move the Court for an order providing that the time by which defendant may answer or otherwise respond to the complaint be extended to and include November 10, 2010.  This is the parties' second request for an extension of defendant's response deadline. (Docket No. 5.)  On September 16, 2010, the Court approved the parties' first request and ordered that defendant respond to the complaint by October 12, 2010.  (Docket No. 6.)

Good cause supports the parties' further stipulation and joint motion.  Plaintiff in this putative Fair Credit Reporting Act ("FCRA") class action concurrently filed in this District another putative class action, *Cazier v. LexisNexis Screening Solutions Inc*, No. 10-1531 MMA JMA, asserting FCRA claims arising out of the same employment application process as is implicated here.  Plaintiff is represented in each of the two cases by the same counsel; the defendants in the two cases are represented by the same counsel.  The parties have engaged in substantive negotiations regarding an early disposition of both matters and submit that a further limited extension of time would work to preserve the parties' resources as well as the time and resources of the Court.  Plaintiff and defendants in both matters agree that defendants' time to answer or otherwise respond to the respective complaints should be extended to November 10, 2010, so that initial scheduling issues remain coordinated.

For the foregoing reasons, the parties respectfully request that the time for defendant to answer or otherwise respond to the complaint be extended to and include November 10, 2010.

Dated:  October 5, 2010                MORRISON & FOERSTER LLP


By:  s/ James F. McCabe
     James F. McCabe
     Email: JMcCabe@mofo.com

     Attorneys for Defendant
     HD SUPPLY, INC.

| | | |
|---|---|---|
| 1 | Dated:  October 5, 2010 | MCCOY, TURNAGE & ROBERTSON, LLP |
| 2 | | |
| 3 | | By:  s/ James R. Robertson |
| 4 | |     James R. Robertson<br>    Email:  jrr@mtrlaw.com |
| 5 | | |
| 6 | |     Attorneys for Plaintiff<br>    MONTY N. CAZIER |

STIPULATION AND JOINT MOTION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 10 CV 1530 LAB NLS
sf-2903758

2

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of October 2010, I electronically filed the foregoing Stipulation and Joint Motion to Further Extend Time to Respond to Complaint with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

> James R. Robertson, Esq.
> McCoy, Turnage & Robertson, LLP
> 5469 Kearny Villa Road, Suite 206
> San Diego, California  92123
>
> Attorneys for Plaintiff Monty N. Cazier

s/ James F. McCabe<br>
James F. McCabe