# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 10cv1530-LAB (NLS)<br><br>**ORDER EXTENDING TIME TO ANSWER** |

On September 9, 2010, the parties jointly moved to extend the time for Defendant to answer or otherwise respond to the complaint. The Court granted the motion and extended the date to October 12. On October 5, the parties again jointly moved to extend the time for Defendant to answer, citing essentially the same reasons but also representing that they have engaged in substantial negotiations to bring an early disposition to this and a related case, and ask for additional time because of that. For good cause shown, the motion is **GRANTED**. Defendant shall answer or otherwise respond to the complaint no later than November 10, 2010. **No further extensions will be granted without a showing of**

/ / /

/ / /

/ / /

1 | **extraordinary good cause**, and the parties should not assume any such request will be
2 | granted.
3 |     **IT IS SO ORDERED**.
4 | DATED: October 8, 2010

*(signature)*

**HONORABLE LARRY ALAN BURNS**
United States District Judge