1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  ADRIANO HRVATIN (CA SBN 220909)
   AHrvatin@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  Attorneys for Defendant
   HD SUPPLY, INC.
7

8                       **UNITED STATES DISTRICT COURT**

9                       **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals, | Case No.   10 CV 1530 LAB NLS |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive, | **STIPULATION AND JOINT MOTION REGARDING EARLY NEUTRAL EVALUATION CONFERENCE** |
| Defendants. | |
| | Complaint Filed: July 22, 2010 |

Pursuant to Southern District Local Civil Rule 7.2 and the Court's Civil Case Procedures, plaintiff Monty N. Cazier and defendant HD Supply Maintenance Facilities, Ltd. ("HDS"), sued in this matter as "HD Supply, Inc.," through their respective attorneys, stipulate, agree and jointly move the Court for an order continuing the Early Neutral Evaluation Conference, currently set for 2:00 p.m. on January 3, 2011 (*see* Docket No. 11), to 2:00 p.m. on January 6, 2011.  Moreover, the parties stipulate, agree and jointly move the Court for an order permitting HDS's client representative to appear telephonically, rather that in person, at the ENE conference.

This is the first request for a continuance related to the ENE conference.  Good cause supports the parties' stipulation and joint motion.  Plaintiff in this putative Fair Credit Reporting Act ("FCRA") class action concurrently filed in this District another putative class action, *Cazier v. LexisNexis Screening Solutions Inc*, No. 10-1531 MMA JMA, asserting FCRA claims arising out of the same employment application process as is implicated here.  On November 15, 2010, Magistrate Adler scheduled an ENE conference in the related case for 10:00 a.m. on January 6, 2011.  Plaintiff is represented in each of the two cases by the same counsel; the defendants in the two cases are represented by the same counsel.  The parties have engaged in substantive negotiations regarding an early disposition of both matters.  To further coordinate the litigation of the two matters, and minimize the burden of traveling to two related conferences scheduled just a few days apart (counsel for HDS is located in San Francisco, California), a three-day continuance of the ENE conference here to January 6, 2011, at 2:00 p.m. is efficient and respectful of the Court's and parties' time and resources.  The continuance will not affect any other case management dates.

The parties also agree that "exceptional circumstances," as required by the Court's Civil Case Procedures, exist to excuse HDS's client representative from appearing in person at the ENE Conference.  HDS's client representative is located in Orlando, Florida.  She has several competing work and personal commitments in Florida throughout the week of January 3, 2011, including on January 6, that would need to be re-scheduled if required to travel cross-country for the conference.  HDS's client representative will be available at all times to participate in the conference by telephone.

1  For the foregoing reasons, the parties respectfully request that the ENE conference be
2  continued to January 6, 2011 at 2:00 p.m. and that HDS's client representative be permitted to
3  attend the conference telephonically.

4  Dated:  December 16, 2010                MORRISON & FOERSTER LLP

6                                            By:   s/ James F. McCabe
7                                                  James F. McCabe
                                                   Email:  JMcCabe@mofo.com

8                                                  Attorneys for Defendant
9                                                  HD SUPPLY, INC.

10 Dated:  December 16, 2010                MCCOY, TURNAGE & ROBERTSON, LLP

12                                            By:   s/ James R. Robertson
                                                   James R. Robertson
13                                                 Email:  jrr@mtrlaw.com

14                                                 Attorneys for Plaintiff
                                                   MONTY N. CAZIER

STIPULATION AND JOINT MOTION REGARDING ENE CONFERENCE
CASE NO. 10 CV 1530 LAB NLS
sf-2903758

2

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of December 2010, I electronically filed the foregoing Stipulation and Joint Motion Regarding ENE Conference with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

James R. Robertson, Esq.
McCoy, Turnage & Robertson, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California  92123

Attorneys for Plaintiff Monty N. Cazier

s/ James F. McCabe
James F. McCabe