# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER,<br><br>                              Plaintiff,<br>  vs.<br><br>HD SUPPLY, INC, et al.,<br><br>                              Defendants. | CASE NO. 10cv1530-LAB (NLS)<br><br>**ORDER VACATING AND RESETTING DATES FOR EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. No. 12.] |

The parties have filed a stipulated joint motion to move the currently set date for the Early Neutral Evaluation (ENE) conference and to excuse the personal appearance of HD's client representative. Having considered the request, the Court **HEREBY ORDERS**:

1. The ENE conference date of January 3, 2011 is **VACATED**.

2. The Court now sets the ENE conference for ***February 8, 2011 at 2:00 p.m.***

3. There is now sufficient time for HD's client representative to ensure personal presence at the conference, as required by the Court's mandatory rules. Therefore, the parties' request for the appearance by telephone of HD's client representative is **DENIED**.

DATED: December 20, 2010.

*[signature]*
Hon. Nita L. Stormes
U.S. Magistrate Judge