1  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
2  ADRIANO HRVATIN (CA SBN 220909)
   AHrvatin@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   HD SUPPLY, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>     v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.   10 CV 1530 LAB NLS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Complaint Filed: July 22, 2010 |

1  Pursuant to Southern District Local Civil Rule 7.2 and the Court's Civil Case Procedures,
2 plaintiff Monty N. Cazier and defendant HD Supply Maintenance Facilities, Ltd. ("HDS"), sued
3 in this matter as "HD Supply, Inc.," through their respective attorneys, stipulate, agree and jointly
4 move the Court for a brief continuance of the Early Neutral Evaluation conference, currently
5 scheduled for February 8, 2011 at 2:00 p.m. (*see* Docket No. 13), to 2:00 p.m. on March 2, 2011.[1]

6  Good cause supports the parties' instant stipulation and joint motion. *First*, the HDS
7 representative with knowledge of the facts and authority to negotiate and enter into a full and
8 binding settlement in this matter has an irreconcilable conflict the week of February 7, including
9 on February 8, the current date of the ENE conference.  HDS is holding its annual leadership
10 conference in Atlanta, Georgia the week of February 7 and the entire HDS leadership team, of
11 which the designated HDS representative is a member, is required to attend.  The parties submit
12 that the presence of the HDS representative noted above is necessary to facilitate productive
13 settlement negotiations at any ENE conference.

14  *Second*, this request for a brief continuance is not being submitted for purposes of delay;
15 nor will it affect any other case management dates.  As the Court is aware, plaintiff in this
16 putative Fair Credit Reporting Act ("FCRA") class action concurrently filed in this District
17 another putative class action, *Cazier v. LexisNexis Screening Solutions Inc*, No. 10-1531,
18 asserting FCRA claims arising out of the same employment application process as is implicated
19 here.  The second case was recently deemed related to plaintiff's case against HDS and
20 transferred to this Court.  The parties at all times have engaged in substantive negotiations to
21 reach an early disposition as to both matters.  As a result of those negotiations, the parties have
22 recently reached a resolution as to plaintiff's claims against LexisNexis Screening Solutions.[2]
23 The parties intend to continue their negotiations as to the claims against HDS and hope to resolve
24 that case as well without Court intervention.

---

[1] The Court's clerk indicated that the first week of March provides the first available dates on the Court's calendar to which the ENE conference may be continued.  Counsel and their clients have conferred and are available on March 2.

[2] The parties will file a dismissal of plaintiff's claims against LexisNexis Screening Solutions shortly.

STIPULATION AND JOINT MOTION TO CONTINUE ENE CONFERENCE
CASE NO. 10 CV 1530 LAB NLS
sf-2949146

1

1    This is the second request for a continuance related to the ENE conference in this matter.
2  (*See* Docket No. 12.)
3    For the foregoing reasons, the parties respectfully request that the ENE conference be
4  continued from February 8, 2011 to 2:00 p.m. on March 2, 2011, or at time otherwise convenient
5  to the Court.

6  Dated:  January 28, 2011                MORRISON & FOERSTER LLP

8                                          By:   s/ James F. McCabe
9                                                James F. McCabe
                                                  Email: JMcCabe@mofo.com
10
                                                  Attorneys for Defendant
11                                                HD SUPPLY, INC.

12  Dated:  January 28, 2011               MCCOY, TURNAGE & ROBERTSON, LLP

14                                          By:   s/ James R. Robertson
                                                  James R. Robertson
15                                                Email: jrr@mtrlaw.com

16                                                Attorneys for Plaintiff
                                                  MONTY N. CAZIER

STIPULATION AND JOINT MOTION TO CONTINUE ENE CONFERENCE
CASE NO. 10 CV 1530 LAB NLS                                                                    2
sf-2949146

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of January 2011, I electronically filed the foregoing Stipulation and Joint Motion to Continue ENE Conference with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

James R. Robertson, Esq.
McCoy, Turnage & Robertson, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California  92123

Attorneys for Plaintiff Monty N. Cazier

                                              s/ James F. McCabe
                                              James F. McCabe