# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.   10 CV 1530 LAB NLS<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Complaint Filed: July 22, 2010 |

　　　This matter came before the Court upon the parties' stipulation and joint motion for a continuance of the Early Neutral Evaluation conference, currently scheduled to take place at 2:00 p.m. on February 8, 2011. Having reviewed and considered the parties' submission, and good cause appearing, the joint motion is GRANTED. The ENE conference is continued to March 2, 2011 at 2:00 p.m.

　　　IT IS SO ORDERED.

Dated: February 2, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Nita L. Stormes
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge