1  MCCOY, TURNAGE & ROBERTSON, LLP
   James R. Robertson, SBN 204923
2  5469 Kearny Villa Road, Suite 206
   San Diego, California 92123
3  Tel: 858-300-1900
   Fax: 858-300-1910
4
   *Attorneys for Plaintiffs*
5

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals ;<br><br>Plaintiffs,<br><br>v.<br><br>HD SUPPLY, INC., *et al.*,<br><br>Defendant. | Case No. 10-CV-1530 LAB (NLS)<br><br>**CLASS ACTION**<br><br>PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL<br><br>Complaint Filed: July 22, 2010<br>Trial Date: |

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT: plaintiff MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals , associates the following attorney as counsel for plaintiffs in the above-captioned matter:

    Michael Caddell (SBN 249469)
    CADDELL & CHAPMAN
    1331 Lamar, Suite 1070
    Houston, Texas  77010-3027
    Phone: 713-751-0400 / Fax: 713-751-0906
    Email: MAC@caddellchapman.com
           CCM@caddellchapman.com

/ / /

/ / /

/ / /

1  Please include the associated attorney on all notices, correspondence, and proofs of
2  service.

4  DATED: February 28, 2011           MCCOY, TURNAGE & ROBERTSON, LLP

6                                     By: _____
7                                         JAMES R. ROBERTSON

8                                     Attorneys for Plaintiff Monty N. Cazier and
                                      on behalf of similarly situated individuals