1   JAMES F. MCCABE (CA SBN 104686)
    JMcCabe@mofo.com
2   ADRIANO HRVATIN (CA SBN 220909)
    AHrvatin@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:  415.268.7000
5   Facsimile:  415.268.7522

6   Attorneys for Defendant
    HD SUPPLY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  MONTY N. CAZIER, for himself and on behalf        Case No.    10 CV 1530 LAB NLS
    of all similarly situated individuals,
12                                                    CLASS ACTION
                       Plaintiffs,
13                                                    STIPULATION AND JOINT
                 v.                                   MOTION FOR DISMISSAL
14                                                    WITH PREJUDICE
    HD SUPPLY, INC., a corporation; and DOES 1
15  through 50, inclusive,
                                                      Complaint Filed:  July 22, 2010
16                     Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Southern

2  District Local Civil Rule 7.2, plaintiff Monty N. Cazier and defendant HD Supply Maintenance

3  Facilities, Ltd., sued in this matter as "HD Supply, Inc.," through their respective attorneys,

4  stipulate, agree and jointly move the Court for an order dismissing this matter with prejudice.

5  The parties agree to bear their own attorneys' fees and costs.

6  Dated:  May 3, 2011                         MORRISON & FOERSTER LLP

7

8                                              By:   /s James F. McCabe

9                                                    James F. McCabe
                                                     Email:  JMcCabe@mofo.com

10                                                   Attorneys for Defendant
11                                                   HD SUPPLY, INC.

12  Dated:  May 3, 2011                        MCCOY, TURNAGE & ROBERTSON, LLP

13

14                                             By:   /s James R. Robertson

15                                                   James R. Robertson
                                                     Email:  jrr@mtrlaw.com

16                                                   Attorneys for Plaintiff
17                                                   MONTY N. CAZIER

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I certify that on this 3rd day of May 2011, I electronically filed the foregoing Stipulation

3

and Joint Motion for Dismissal with Prejudice with the Clerk of the Court using the CM/ECF

4

System, which will send a notification of the filing to the following attorneys of record:

5

James R. Robertson, Esq.
McCoy, Turnage & Robertson, LLP

6

5469 Kearny Villa Road, Suite 206
San Diego, California  92123

7

Attorneys for Plaintiff Monty N. Cazier

8

9

/s James F. McCabe

10

James F. McCabe

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28