**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTY N. CAZIER, for himself and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   10 CV 1530 LAB NLS<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 22, 2010 |

This matter came before the Court upon the parties' stipulation and joint motion for a dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Having reviewed and considered the parties' submission, and good cause appearing, the joint motion is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: May 4, 2011

*[signature]*
Honorable Larry Alan Burns
United States District Judge

10 CV 1530